No. 27,098.

BEN FRONK, *Appellee,* v. THE AJAX DRILLING COMPANY et al., *Appellants.*

MEMORANDUM DECISION.

Appeal from Sedgwick district court, division No. 4; ISAAC N. WILLIAMS, judge. Decision announced July 10, 1926.

*P. D. Gardiner* and *O. W. Helsel,* both of Wichita, for the appellants.
*Willard W. Glasco* and *Francis W. Prosser,* both of Wichita, for the appellee.

*Per Curiam:* The judgment is affirmed. Mandate will go down at once. Opinion will follow when it can be prepared.